IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chad E. Hodge,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:16cv966

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 7, 2018 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 21, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for an award of attorney's fees under 42 U.S.C. §406(b) (Doc. 20) is GRANTED.

Their was an error in the dollar amount listed in the Report and Recommendation. The Magistrate Judge issued an amended order (Doc. 24) correcting the $10,9396.00 to read $10,936.00 which is consistent with the analysis.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court